1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CLARITA A BERNABE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, a financial institution and DOES 1 to 100, Inclusive,<br><br>Defendants. | CASE NO.: 5:14-cv-02514-CJC-DTB<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Assigned to the Hon. Cormac J. Carney] |

On January 21, 2015, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), dismissing the Complaint, in its entirety, with prejudice.

/ / /

/ / /

/ / /

1

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.    The Complaint is dismissed, as to all parties and all causes of action, with prejudice;

2.    Judgment is entered in favor of defendant  WELLS FARGO BANK, N.A.; and;

3.    Plaintiff, Clarita A. Bernabe shall recover nothing in this action from defendant WELLS FARGO BANK, N.A.

DATED:  January 22, 2015

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE